UNITED STATES DISTRICT COURT'
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

JOBPATH PARTNERS, LLC.,

        Plaintiff,

  -against-

CITY OF NEW YORK and
CDW GOVERNMENT SERVICES,

        Defendants

———————————————————————————X

24 civ. 9026 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2025

### ORDER DISPOSING OF MOTIONS AND DIRECTING AMENDMENT OF CAPTION

McMahon, J.:

The City of New York's motion to dismiss the complaint in this action (Docket #34) is granted in part and denied in part, without prejudice to amendment.

The motion by CDW Government Services to dismiss Counts VI and VII of the complaint in this action (Docket #36) is granted.

Opinion to follow.

The Clerk of Court is directed to remove the motions at Dockets ## 34 and 36 from the court's list of open motions.

The Plaintiff has discontinued this action without prejudice as against the defendant Betis Direct, LLC. (Docket # 47). The Clerk of Court is directed to remove Betis from the caption in this case and to cease providing ECF notice to Betis.

Dated: September 30, 2025

_____
U.S.D.J.

BY ECF TO ALL COUNSEL